UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON C. BROWN, JR., | Case No. CV 14-6878-CAS(AJW) |
| Petitioner, | |
| vs. | JUDGMENT |
| TIM V. VARGA, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: October 27, 2014

_____
Christina A. Snyder
United States District Judge